## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-CV-22840-UU

CARLOS BRITO,

    Plaintiff,

v.

SOUTHLAND MALL PROPERTIES, LLC;
SOUTHLAND ITALIAN, LLC; T4 MANAGEMENT, LLC;
and DOHERTY APPLE FLORIDA, LLC,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT, T4 MANAGEMENT, LLC

Plaintiff, CARLOS BRITO, and Defendant, T4 MANAGEMENT, LLC having entered into a Settlement Agreement and Release that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this matter with prejudice

Dated: December 29, 2020.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Sukhmani Brar* |
| ANTHONY J. PEREZ | SUKHMANI BRAR |
| Florida Bar No.: 535451 | Florida Bar No.: 1013535 |
| GARCIA-MENOCAL & PEREZ, P.L. | FRANK J. SIOLI |
| 4937 S.W. 74th Court, Unit #3 | Florida Bar No.: 9652 |
| Miami, FL 33155 | SIOLI ALEXANDER PINO |
| Telephone: (305) 553- 3464 | 9155 S. Dadeland Blvd., Suite 1600 |
| Facsímile: (305) 553-3031 | Miami, FL 33156 |
| Primary Email: ajperezlaw@gmail.com; | Telephone: (305) 428-2470 |
| aquezada@lawgmp.com | Email: sbrar@siolilaw.com; |
| *Counsel for Plaintiff* | fsioli@siolilaw.com |
| | *Attorney for Defendant, T4 Management, LLC* |