**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No.: 20-cv-22840-UU

CARLOS BRITO,

    Plaintiff,

v.

SOUTHLAND MALL PROPERTIES, LLC; SOUTHLAND ITALIAN, LLC; T4 MANAGEMENT, LLC; and DOHERTY APPLE FLORIDA, LLC,

    Defendants.

_____/

## ORDER

THIS CAUSE is before the Court upon the Plaintiff and Defendant Doherty Apple Florida, LLC's Joint Notice of Settlement ("Notice"). D.E. 31. The Court has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. Accordingly, as all other Defendants have been dismissed from this case, it is

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case. All future hearings are CANCELED and all pending motions are DENIED AS MOOT.

THE PARTIES are hereby notified that all papers related to the settlement reached by the parties, including any order of dismissal stating specific terms and conditions, must be received by this Court by **February 4, 2021**. If such papers are not filed by this deadline, this matter will be DISMISSED without further notice. Within sixty (60) days of such an order of dismissal, either party may petition the court to have the case reinstated after showing good cause as to why settlement was not in fact consummated.

DONE AND ORDERED in Chambers at Miami, Florida, this _8th_ day of January 2021.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record via CM/ECF