## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-CV-22840-UU

CARLOS BRITO,

     Plaintiff,

v.

SOUTHLAND MALL PROPERTIES, LLC;
SOUTHLAND ITALIAN, LLC; T4 MANAGEMENT, LLC;
and DOHERTY APPLE FLORIDA, LLC,

     Defendant.

_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

     Plaintiff, CARLOS BRITO and Defendant, DOHERTY APPLE FLORIDA, LLC, through undersigned counsel and pursuant to F.R.Civ.P.41, jointly stipulate to the dismissal with prejudice of this matter. The parties shall bear their own attorney's fees and costs except as otherwise provided in their settlement agreement.

     Dated:   February 19, 2021.


*/s/ Anthony J. Perez*
ANTHONY J. PEREZ
Florida Bar No.: 535451
GARCIA-MENOCAL & PEREZ, P.L.
4937 S.W. 74th Court, Unit #3
Miami, FL 33155
Telephone: (305) 553- 3464
Facsimile: (305)553-3031
Primary Email:  ajperez@lawgmp.com
*Attorney for Plaintiff*

*/s/ Antoinette Theodossakos*
ANTOINETTE THEODOSSAKOS
Florida Bar No.: 178608
SAUL EWING ARNSTEIN & LEHR, LLP
Northbridge Center, Suite 1400
West Palm Beach, FL 33401
Telephone: (561) 833-9800
Email: antoinette.theodossakos@saul.com;
Susan.brown@saul.com
*Attorney for Defendant, Doherty Apple Florida, LLC*

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and a copy of the foregoing was sent to all counsel of record, this 19th day of February, 2021.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperezlaw@gmail.com
Secondary E-Mails:
aquezada@lawgmp.com

By: _/s/ Anthony J. Perez____
    ANTHONY J. PEREZ